UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL J. DICENZO, JR., )
 Plaintiff )
 )
       v. ) C.A. No. 11-cv-30230-MAP
 )
THOMAS N. BOWLER, SHERIFF, )
ET AL., )
 Defendants )


<u>ORDER OF DISMISSAL</u>

June 24, 2013

PONSOR, U.S.D.J.

    Pursuant to the court's order of May 20, 2013, this case is hereby DISMISSED for lack of prosecution. The file may now be closed.

    It is So Ordered.

                                              /s/ Michael A. Ponsor
                                              MICHAEL A. PONSOR
                                              U. S. District Judge