*[Handwritten at top:]* UNITED STATES DISTRICT COURT / SPRINGFIELD / 6/24/14

MICHAEL J. DICENZO JR.

DOCKET #

*[Handwritten:]* 11CV30230-MAP AND ~~unknown~~ 12CV30004-MAP Please! Full case File OK!

v.

*[Handwritten:]* Berkshire Superior Court +

SHERIFF THOMAS N. BOWLER, BERKSHIRE COUNTY HOUSE OF CORRECTION..

    It is my most sincere request to this Honorable Court. That I be provided with a copy of my complete case file filed in 2011 and 2012. For beimg the reason that my own files were disposed of unkowingly and i do not have any copies of my own. Again would you be so to provide me with a complete copy of the case file approximatley 100 pages. I am currently incarcerateerated and completly indigent so i will mot be able to provide anyt funds for the copies. I am in the process of refiling my cases against the above mamed defendant and need my copies of the compete case file to proceed... Thank you so very much forr your services and the provision of my copy of complete case file...

Please under all circumstances provide a response and correspondence. thank you....

Respectfully,

MICHAEL DICENZO Jr. 104785 ~~W62862~~
MCI CEDAR JUNCTION
P.O. BOX100
SOUTH WALPOLE, MA 02071

*[Signature]* pro se

*[Handwritten order, bottom left:]* DENIED. Both these case have been closed for more than a year. So ordered. Michael P. Ponsor USDJ 9.4.14